STEPHEN VAMOS, JR., *ETC. ET AL*, v. GEORGE CAUNT.

September 24, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT D. FARBER.

October 7, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH J. LYONS.

October 7, 1970. Petition for certification denied.

HAROLD C. KIRBY v. FRANK LILLY, *ET AL.*

October 7, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. DOUGLAS ZOLD.

October 7, 1970. Petition for certification denied. **(See** 110 *N. J. Super.* 33).

STATE OF NEW JERSEY v. HERBERT HENRY Mc CLARY.

October 7, 1970. Petition for certification denied.